IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH PETER LAURETO BALINTONA, | CV 23-00186 DKW-KJM |
| Plaintiff, | |
| vs. | |
| RUCHELLE AGREGADO BALINTONA and MERLITA LAURETO PUMARAS, | |
| Defendants. | |

ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS PLAINTIFF JOSEPH PETER LAURETO BALINTONA'S COMPLAINT FOR FAILURE TO PROSECUTE

Findings and Recommendation having been filed on April 5, 2024 and served on all parties on April 8, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Plaintiff Joseph Peter Laureto Balintona's Complaint

for Failure to Prosecute" , ECF No. 36, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: April 29, 2024 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

*Joseph Peter Laureto Balintona vs. Ruchelle Agregado, et al*; Civil No. 23-00186 DKW-KJM; **ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS PLAINTIFF JOSEPH PETER LAURETO BALINTONA'S COMPLAINT FOR FAILURE TO PROSECUTE**