# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH PETER LAURETO BALINTONA<br><br>    Plaintiff,<br><br>    V.<br><br>RUCHELLE AGREGADO BALINTONA, an individual, and MERLITA LAURETO PUMARAS, aka MERLITA LAURETO, an individual<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00186 DKW-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Apr 29, 2024, 11:12 am<br>Lucy H. Carrillo, Clerk of Court |

[ ] **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Findings and Recommendation to Dismiss Plaintiff Joseph Peter Laureto Balintona's Complaint for Failure to Prosecute", ECF No. 36, filed on April 5, 2024 and the "Order Adopting Findings and Recommendation to Dismiss Plaintiff Peter Joseph Laureto Balintona's Complaint for Failure to Prosecute", ECF No. 37, filed on April 27, 2024.

| | |
|---|---|
| April 29, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |